UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Gregory LaVallee

            v.                             Civil No. 09-cv-367-JD

Northern NH Correctional Facility, Warden

O R D E R

I herewith approve the Recommendation of Magistrate Judge Muirhead dated March 15, 2010, no objection having been filed.  Additionally, finding that the petitioner has failed to make a substantial showing of the denial of a constitutional right, the court declines to issue a certificate of appealability.  See 28 U.S.C.§ 2253(c)(2); Rule 11, Rules Governing Habeas Corpus Cases Under Section 2254; First Cir. LR 22.0.

      SO ORDERED.


April 5, 2010                                  /s/ Joseph A. DiClerico, Jr.
                                                Joseph A. DiClerico, Jr.
                                                United States District Judge


cc:    Gregory LaVallee, pro se